**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL TERWILLIGER,

                    Petitioner,

      -against-

RESOURCE AMERICA, INC. and RESOURCE
FINANCIAL FUND MANAGEMENT, LLC,

                    Respondents.
-----------------------------------------------------------X

22 **CIVIL** 9610 (NRB)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Order dated May 22, 2023, Terwilliger's petition is

dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

     May 23, 2023

                                          **RUBY J. KRAJICK**

                                  _____
                                        **Clerk of Court**

                **BY:**

                                        _____
                                        **Deputy Clerk**